

SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CATHY COCHRAN
ELSA ALCALA
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
512-463-1551

SIAN R. SCHILHAB
GENERAL COUNSEL
512-463-1597

October 31, 2014

Tarrant County District Clerk
Thomas Wilder
401 W. Belknap
Fort Worth, Texas 76196

> RE:   Christopher Adrian Miller
> Trial Court Number 1264863D
> Case Number PD-0038-14

Dear Clerk:

Enclosed please find the order of the Court requesting exhibits in the above referenced cause. You may send a certified copies in lieu of the originals.

Please call if you have any questions.

Sincerely,

Abel Acosta
Clerk

By: _John Brown_
John Brown
Chief Deputy Clerk



# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

CHRISTOPHER ADRIAN MILLER

VS.                                                    CAUSE NUMBER PD-0038-14

THE STATE OF TEXAS

## ORDER

The above styled and numbered cause is before this Court in Cause No. 1264863D from the 371st District Court of Tarrant County.

The Court is of the opinion the following exhibits should be inspected:

1. State's Exhibit # 2 (CD recording)
2. State's Exhibit # 7 (CD recording)
3. State's Exhibit # 38 (CD recording)

Pursuant to Tex. R. App. 34.6(g)(2), the District Clerk of Tarrant County is ordered to file these exhibits with the Clerk of this Court on or before the 12th day of November, 2014.

IT IS SO ORDERED THIS THE 31st DAY OF OCTOBER, 2014

PER CURIAM

EN BANC

DO NOT PUBLISH